

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00175-CV

ILVA NICHOLE GREENIDGE          APPELLANT

V.

KEVIN ANTONY GREENIDGE          APPELLEE

------------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On September 7, 2010, we notified Appellant Ilva Nichole Greenidge that her brief did not comply with state appellate rules 9.4(h) and 38.1(a), (c), (d), (f), (g), (i), (j), and (k),[2] nor did it comply with subsections A and E of this court's local appellate rule 1.[3] We allowed Appellant until September 17, 2010, to file an

---

[1]*See* Tex. R. App. 47.4.

[2]*See* Tex. R. App. P. 9.4(h), 38.1(a), (c), (d), (f), (g), (i)-(k).

[3]*See* 2nd Tex. App. (Fort Worth) Loc. R. 1(A), (E).

amended brief that complied with the above rules. We stated in our letter to Appellant that her failure to timely file an amended brief in compliance with the above rules could result in the waiver of noncomplying points, our striking her brief, or the dismissal of her appeal.[4] Appellant has not filed an amended brief.

Accordingly, we strike Appellant's brief and dismiss this appeal for want of prosecution.[5]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: October 14, 2010

---

[4]*See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3(b), (c).

[5]*See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3(b), (c).